# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

BENNDRICK CHARLES WATSON,

     Plaintiff,

v.                                 Case No. 8:20-cv-1283-T-210CPT

WELLS FARGO BANK, N.A.,

     Defendant.

_____/

## ORDER

     This order follows the Court's examination of this action. Under Title 28, United States Code, Section 455, and Canon 3(C) of the Code of Conduct for United States Judges, I will recuse myself from this case because I have a financial interest in the Defendant corporation. Accordingly, the Clerk is directed to reassign by random draw this case to another District Judge.

     **ORDERED** in Tampa, Florida, on January 12, 2021.

Kathryn Kimball Mizelle
United State District Judge